THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM EUGENE WOOFF, Defendant-Appellant.

(No. 69-81; ■■■■■■)

Fifth District—February 16, 1970.

———

Opinion by Mr. JUSTICE EBERSPACHER.

988

Hoagland, Maucker, Bernard & Elmeter, of Alton, Robert B. Maucker, Elmer H. Bernard, William H. Hoagland, of counsel,) for appellants.

William J. Scott, Attorney General, of Springfield, and R. W. Griffith, State's Attorney, of Edwardsville, (Warren K. Smoot, Assistant Attorney General, of counsel,) for the People.